UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARAVILLE MUSIC CORP., et al.,                                        CIVIL ACTION NO.: CV 14 5025

**V.**                                                                *Plaintiff*

SERGIO & MICHAEL, INC., and PEDRO M. RAMIREZ

                                                                    *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Islip Terrace, New York

That on **9/9/2014** at **1:30 PM** at **5422 Merrick Road, Massapequa, NY 11758**

deponent served a(n) **Summons in a Civil Action, Complaint with Schedule A, Individual Motion Practice and Rules of Jduge Joseph F. Bianco, Individual Motion Practices of Magistrate Judge Steven I. Locke, United States District Court for the Eastern District of New York ECF Rules**

on **Sergio & Michael, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Pedro Ramirez** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin : Brown
Hair : Gray
Age : Over 60 Yrs.
Height : 5' 9" - 6' 0"
Weight : 161-200 Lbs.
Other :

Sworn to before me this
12th day of September, 2014

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Robert Gulinello
License No.743652

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279