UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARAVILLE MUSIC CORP., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., SEPTEMBER MUSIC CORP., and WARNER BROS. INC.,

                                       Plaintiffs,

-against-

SERGIO & MICHAEL, INC. and PEDRO M. RAMIREZ,

                                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.:

14-cv-5025 (JFB) (SIL)

## SATISFACTION OF MONEY JUDGMENT

WHEREAS, a Default Judgment was entered in the above-captioned action on April 8, 2015, in favor of the Plaintiffs and against Defendants, Sergio & Michael, Inc. and Pedro M. Ramirez, jointly and severally, in the amount of Twenty-One Thousand Fifty-Four and 52/100 dollars ($21,054.52) (the "Judgment Amount"); and

WHEREAS, Defendants have now paid the Judgment Amount in full; and

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall;

NOW THEREFORE, full and complete satisfaction of said money judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of

the full and complete satisfaction on the docket of said judgment

                                                RESPECTFULLY SUBMITTED,

Dated:  New York, New York  
         August 24, 2018                  __/s/ *Jackson Wagener*_____  
                                                Jackson Wagener  
                                                ASCAP  
                                                1900 Broadway  
                                                New York, New York 10023  
                                                Tel:  (212) 621-6018  
                                                Fax: (212) 787-1381  
                                                Email: jwagener@ascap.com

                                                *Attorney for Plaintiffs*